IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE FEDERAL PRACTICE GROUP,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>DEPARTMENT OF THE ARMY,<br><br>　　　　　　　　　Defendant. | Civil Action No. 19-0031 (APM) |

**JOINT STATUS REPORT**

　　　　Pursuant to the Court's Order entered on February 15, 2019 (ECF No. 5), Plaintiff The Federal Practice Group ("Plaintiff") and Defendant Department of the Army ("the Army" or "Defendant"), by and through counsel, respectfully submit this joint status report.  This is an action to compel the Army to comply with Plaintiff's request for agency records pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  Plaintiff requests records pertaining to certain contracts awarded by the Army in support of overseas contingency operations in Afghanistan.  The Parties have conferred and respectfully respond to the Court's Order (ECF No. 5) as follows:

　　　　1.　The Army has completed its search and has compiled all records determined to be responsive to Plaintiff's FOIA request.  The Army has also completed its redactions under FOIA Exemption 6, *i.e.*, redactions of names and contact information to prevent unwarranted invasions of privacy.  However, many of the records are documents provided to the Army by three private contractors.  The Army is therefore currently engaged in the process of consulting with these contractors to determine whether any of the records should be withheld in full or in part under

Exemption 4, *i.e.*, trade secrets and privileged or confidential commercial or financial information.

    2.   The anticipated number of pages responsive to Plaintiff's FOIA request is 587.

    3.   The Army anticipates that it will be prepared to make an initial release of documents to Plaintiff on March 20, 2019. Thereafter, the Army will release documents to Plaintiff on a rolling basis (as batches of redactions, reviews and approvals are completed) and anticipates completing its production in full by May 15, 2019.

    4.   An *Open America* stay is not needed for this case.

    5.   The Army's assertion of FOIA Exemption 6 and anticipated assertion of Exemption 4 may require resolution of this case by motions for summary judgment. If so, the Parties propose the following briefing schedule:

    a.   Defendant shall file its motion for summary judgment on or before July 3, 2019.

    b.   Plaintiff shall file its opposition to Defendant's motion and its cross-motion for summary judgment on or before July 24, 2019.

    c.   Defendant shall file its reply in further support of its motion and in opposition to Plaintiff's cross-motion on or before August 7, 2019.

    d.   Plaintiff shall file its reply in further support of its cross-motion on or before August 21, 2019.

In view of the above, the Parties respectfully request that the Court enter an order approving the above proposed schedule for further proceedings in this case.

Dated: February 28, 2019                      Respectfully submitted,

*/s/ Eric S. Montalvo*
ERIC S. MONTALVO                      JESSIE K. LIU, D.C. Bar # 472845
D.C. Bar # 993206                          United States Attorney
The Federal Practice Group              for the District of Columbia

| | |
|---|---|
| 1750 K Street, N.W., Suite 900<br>Washington, D.C. 20006<br>(202) 862-4360<br>emontalvo@fedpractice.com<br><br>*Attorney for Plaintiff* | DANIEL F. VAN HORN, D.C. Bar # 924092<br>Chief, Civil Division<br><br>BY: */s/ Roberto C. Martens, Jr.*<br>ROBERTO C. MARTENS, JR.<br>Special Assistant United States Attorney<br>United States Attorney's Office<br>Civil Division<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2574<br>roberto.martens@usdoj.gov<br><br>*Attorneys for Defendant* |